UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR CARTER II, | CASE NO. CV F 13-0774 LJO GSA |
| Plaintiff, | **ORDER TO RELATE ACTIONS, TO REASSIGN JUDGES AND TO FILE CONSENT FORMS** |
| vs. | |
| CITY OF FRESNO, | |
| Defendant. | |

Since May 23, 2013, Fresno County Sheriff's Deputies have filed more than a dozen individual actions to pursue overtime compensation claims.  Review of those actions and the above-captioned action reveals that all the actions are related under this Court's Local Rule 123.  The actions involve the same or similar parties, properties, claims, events and/or questions of fact or law.  Accordingly, assignment of the actions to the same district judge and magistrate judge will promote convenience, efficiency and economy for the Court and parties. An order relating cases under this Court's Local Rule 123 merely assigns them to the same district judge and magistrate judge, and no consolidation of cases is effected.

On the basis of good cause, this Court ORDERS that the following actions are reassigned to U.S. District Judge Lawrence J. O'Neill and U.S. Magistrate Judge Gary S.

1  Austin, if they have not been so assigned in whole or in part.  All documents in the following
2  cases shall bear the initials of **LJO GSA** in the case numbers to indicate the assignment to U.S.
3  District Judge Lawrence J. O'Neill and U.S. Magistrate Judge Gary S. Austin.

4  The following actions are related and assigned to U.S. District Judge Lawrence J.
5  O'Neill and U.S. Magistrate Judge Gary S. Austin:

6  *Jason Deimerly v. County of Fresno*, Case No. CV F 13-0775 AWI SMS;
7  *Michael Estrada v. County of Fresno*, Case No. CV F 13-0778 LJO GSA;
8  *Rex Garcia v. County of Fresno*, Case No. CV F 13-0783 AWI SAB;
9  *Matthew Millson v. County of Fresno,* Case No. CV F 13-0784 AWI SAB;
10 *George Ozburn v. County of Fresno*, Case No. CV F 13-0790 AWI BAM;
11 *Daniel Epperly v. County of Fresno,* Case No. CV F 13-0795 LJO SAB;
12 *Henry Franco v. County of Fresno*, Case No. CV F 13-0797 LJO GSA;
13 *Carlin Williams v. County of Fresno*, Case No. CV F 13-0829 LJO SAB;
14 *Manuel Flores v. County of Fresno*, Case No. CV F 13-0902 LJO SMS;
15 *Anthony Dixon v. County of Fresno*, Case No. CV F 13-0972 AWI MJS;
16 *Robert Marean v. County of Fresno*, Case No. CV F 13-0973 LJO BAM;
17 *John Sims v. County of Fresno* Case No. CV F 13-0989 AWI GSA;
18 *Jesus Diaz v. County of Fresno*, Case No. CV F 13-1001 AWI GSA;
19 *Edangel Fuentez v. County of Fresno*, Case No. CV F 13-1003 LJO SAB;
20 *Timothy Rivera v. County of Fresno*, Case No. CV F 13-1004 LJO SMS;
21 *Douglas Bolton v. County of Fresno*, Case No. CV F 13-1006 AWI BAM;
22 *James Watts v. County of Fresno*, Case No. CV  F 13-1007 LJO BAM; and
23 *Brian Melkonian v. County of Fresno*, Case No. CV F 13-1009 AWI GSA.

24 Based on communications with counsel, this Court understands that the parties consent
25 to the conduct before U.S. Magistrate Judge Gary S. Austin of all further proceedings in this
26 action, including trial and entry of judgment, pursuant to 28 U.S.C. §636(c)(1).  As such, this
27 Court ORDERS the parties, no later than August 30, 2013, to file in this Case No. CV F 13-
28

0774 and each of the above related actions a consent form to proceed before a U.S. Magistrate. Consent forms are available on this Court's website.

IT IS SO ORDERED.

    Dated:  **August 13, 2013**                                   **/s/ Lawrence J. O'Neill**
                                                                                UNITED STATES DISTRICT JUDGE