1  Gary M. Messing, Bar No. 075363
   James W. Henderson, Jr., Bar No. 071170
2  **CARROLL, BURDICK & McDONOUGH LLP**
   Attorneys at Law
3  980 9th Street, Suite 380
   Sacramento, California 95814
4  Telephone:   916.446.5297
   Facsimile:    916.448.5047
5
   Attorneys for Plaintiff OSCAR CARTER, II
6

7

8                    UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

11 | OSCAR CARTER, II,                     | Case No. 1:13-CV-00774-BAM
12 |                Plaintiff,              | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**
13 |        v.                              |
14 | COUNTY OF FRESNO,                      |
15 |                Defendant.              |

16

17     NOTICE IS HEREBY GIVEN THAT, subject to approval by the court, Plaintiff OSCAR

18 CARTER, II substitutes James W. Henderson, Jr., State Bar No. 071170, c/o Messing Adam &

19 Jasmine LLP as counsel for record in place of James W. Henderson, Jr., State Bar No. 071170, c/o

20 Carroll, Burdick & McDonough LLP.  Contact information for new counsel is as follows:

21                       Messing Adam & Jasmine LLP

22                         980 9th Street, Suite 380

23                            Sacramento, CA 95814

24          Telephone: (916) 446-5297 / Facsimile: (916) 448-5047

25                       Email: jhenderson@majlabor.com

26

27

28

CARROLL, BURDICK &
MCDONOUGH LLP
ATTORNEYS AT LAW
SACRAMENTO

Case No. 1:13-CV-00774-BAM

CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

1  I consent to the above substitution.

2                                                     /s/ Oscar Carter, II

3  Date: 4/29/15                                      Oscar Carter, II

4

5  I consent to being substituted.                    **CARROLL, BURDICK & MCDONOUGH LLP**

6                                                     /s/ David Godwin

7  Date: 4/29/15                                      David Godwin

8

9  I consent to the above substitution.               **MESSING ADAM & JASMINE LLP**

10                                                    /s/ James W. Henderson, Jr.

11 Date: 4/17/15                                      James W. Henderson, Jr.

12

13                              ORDER

14        The substitution of attorney is hereby approved.

15

16 IT IS SO ORDERED.

17 Dated:  **April 30, 2015**          /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE

CARROLL, BURDICK &
MCDONOUGH LLP
ATTORNEYS AT LAW
SACRAMENTO