McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Michael G. Woods, #58683
Christina C. Tillman, #258627
7647 N Fresno Street
Fresno, California 93720
Telephone:  (559) 433-1300
Facsimile:  (559) 433-2300

Attorneys for Defendant COUNTY OF FRESNO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| OSCAR CARTER, II, | Case No. 1:13-CV-00774 BAM |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE, WAIVER OF RIGHTS OF APPEAL AND ORDER APPROVING SETTLEMENT AND DISMISSING ACTION** |
| v. | |
| COUNTY OF FRESNO, | |
| Defendant. | |

1:13-CV-00774 BAM

STIPULATION FOR DISMISSAL WITH PREJUDICE, WAIVER OF RIGHTS OF APPEAL AND ORDER APPROVING SETTLEMENT AND DISMISSING ACTION

IT IS HEREBY STIPULATED by and between Plaintiff OSCAR CARTER, II, and Defendant COUNTY OF FRESNO that the Complaint filed herein shall be dismissed with prejudice, that Plaintiff OSCAR CARTER, II. waives all rights of appeal in connection with this action and that all parties shall bear their own costs and attorney's fees.

Dated: September 22, 2016                McCORMICK, BARSTOW, SHEPPARD,
                                          WAYTE & CARRUTH LLP


                                         By: _____/s/ Christina C. Tillman_____
                                                  Michael G. Woods
                                                  Christina C. Tillman
                                          Attorneys for Defendant COUNTY OF FRESNO


Dated: September 30, 2016                MESSING, ADAM & JASMINE, LLP


                                         By: _____/s/ James W. Henderson, Jr._____
                                                  James W. Henderson, Jr.
                                                  Attorneys for Plaintiff
                                                  OSCAR CARTER, II

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 N FRESNO STREET
FRESNO, CA 93720

1:13-CV-00774 BAM

STIPULATION FOR DISMISSAL WITH PREJUDICE, WAIVER OF RIGHTS OF APPEAL AND ORDER APPROVING SETTLEMENT AND DISMISSING ACTION

**ORDER**

Based on the Stipulation of the parties hereto, the Declaration of James W. Henderson, Jr. Esq. in Support of Settlement, the Court's review of the Settlement Agreement, the Court's knowledge of the case and good cause appearing therefor,

The Court hereby approves the settlement between the Defendant and the Plaintiff and IT IS ORDERED that the Complaint of Plaintiff OSCAR CARTER, II, is dismissed with prejudice and that Plaintiff OSCAR CARTER, II, has waived any right of appeal in connection with this matter. The respective parties shall each bear their own costs and attorney's fees.

IT IS SO ORDERED.

Dated: __**October 31, 2016**__   ____/s/ *Barbara A. McAuliffe*____
                                   UNITED STATES MAGISTRATE JUDGE

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 N FRESNO STREET
FRESNO, CA 93720

1:13-CV-00774 BAM

STIPULATION FOR DISMISSAL WITH PREJUDICE, WAIVER OF RIGHTS OF APPEAL AND ORDER APPROVING SETTLEMENT AND DISMISSING ACTION